AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 24, 2026
SEAN F. MCAVOY, CLERK

SCOTT C.
*Plaintiff*
v.
FRANK BISIGNANO,
Commissioner of Social Security,
*Defendant*

Civil Action No. 1:26-CV-3008-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: Plaintiff's Motion for Summary Judgment (ECF No. 7) is DENIED.
Defendant's Response Brief (ECF No. 10) is GRANTED.
The Commissioner's final decision is AFFIRMED.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge THOMAS O. RICE

Date: 08/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*